# IN THE SUPREME COURT OF THE STATE OF NEVADA

VALLEY HEALTH SYSTEM, LLC, D/B/A CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, A FOREIGN LIMITED LIABILITY COMPANY,
Appellant,

vs.

ESTATE OF REBECCA POWELL, THROUGH BRIAN POWELL, AS SPECIAL ADMINISTRATOR; DARCI CREECY, INDIVIDUALLY AND AS AN HEIR; TARYN CREECY, INDIVIDUALLY AND AS AN HEIR; ISAIAH KHOSROF, INDIVIDUALLY AND AS AN HEIR; AND LLOYD CREECY, INDIVIDUALLY,
Respondents.

No. 84402

**FILED**

MAY 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Youney
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Stephen E. Haberfeld, Settlement Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Paul Padda Law, PLLC
Eighth District Court Clerk

22-15332